SO ORDERED: September 28, 2015.



Jeffrey J. Graham
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AMBER LYNN MADMONI ) | CASE NO. 15-02058-JJG-13 |
| SAGIV MADMONI ) | |
| ) | |
| DEBTORS ) | |

### ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM #4, ECAST SETTLEMENT CORP.

Debtors, having filed their Objection to Proof of Claim #4, eCast Settlement Corp., and no response to the objection was filed or any response has been resolved informally or the claim to which the Debtors objected has been withdrawn. Accordingly, the Court now ORDERS that the claim to which the Debtors objected shall be DISALLOWED.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Proof of Claim #4, eCast Settlement Corp., is disallowed.

###